**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
   A Limited Liability Partnership
   Including Professional Corporations
AARON J. MALO, Cal. Bar No. 179985
*amalo@sheppardmullin.com*
ANASTASIA K. BILLY, Cal Bar No. 210416
*abilly@sheppardmullin.com*
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:      714.513.5100
Facsimile:      714.513.5130

Proposed General Counsel for Plaintiff and Chapter 7
Trustee JOHN J. MENCHACA

**RAINES FELDMAN LITTRELL LLP**
HAMID R. RAFATJOO, Cal. Bar No. 181564
*hrafatjoo@raineslaw.com*
KYRA E. ANDRASSY, Cal. Bar No. 207959
*kandrassy@raineslaw.com*
1900 Avenue of the Stars, 19th Floor
Los Angeles, CA 90067
Telephone:      310.440.4100
Facsimile:      310.691.1367

Proposed Special Counsel for Plaintiff and
Chapter 7 Trustee JOHN J. MENCHACA

**GENGA & ASSOCIATES, P.C.**
John M. Genga (SB# 125522)
jgenga@gengalaw.com
16501 Ventura Blvd., Suite 400
Encino, CA  91436
(747) 231-3400 | Fax: (818) 474-7070

Proposed Special Counsel for Plaintiff and
Chapter 7 Trustee JOHN J. MENCHACA

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ASHOT GEVORK EGIAZARIAN, an individual,<br><br>     Debtor. | Case No. 2:25-bk-13838 BB<br>Hon. Sheri Bluebond<br>Chapter 7 |

-1-

1

2

JOHN J. MENCHACA, in his capacity as Chapter 7 Trustee,

3

Plaintiff,

4

v.

5

6

7

8

9

10

11

COMPAGNIE MONEGASQUE DE BANQUE, a bank of Monaco of unknown form; MITRA HOLDINGS SA, a Luxembourg entity of unknown form; LEX THIELEN, an individual; LEX THIELEN & ASSOCIES, a Luxembourg entity of unknown form; PB MONTAIGNE ATTORNEYS-AT-LAW LTD, a Swiss entity of unknown form; SUREN YEGIARZARYAN, also known as SUREN EGIAZARIAN, an individual; ARTEM YEGIARZARYAN, also known as ARTEM EGIAZARIAN, an individual;

Defendants.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Adv. Proc. No. No. 2:25-ap-01197-BB

**DECLARATION OF AARON J. MALO RE SERVICE OF SUMMONS, COMPLAINT, EMERGENCY MOTION, NOTICE OF HEARING, AND ORDER PROVISIONALLY ALLOWING SHORTENED NOTICE**

Hearing Information:
Judge:  Hon. Neil W. Bason
Date:   May 21, 2025
Time:   2:00 p.m.
Ctrm:   1545
        255 E. Temple St.
        Los Angeles, CA 90012

-2-

I, Aaron J. Malo, declare:

1.      I am a partner at the law firm of Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin"), proposed general counsel to the chapter 7 trustee, John J. Menchaca (the "Trustee"), in the above-captioned bankruptcy case.  The matters stated herein are true and correct, and are within my personal knowledge.  If called to testify as a witness, I could and would testify competently thereto.

2.      My office coordinated filing the *Complaint* commencing this adversary proceeding (the "Complaint") [Adv. Dkt. 1] and the *Emergency Motion For Temporary Restraining Order And Order To Show Cause Why A Preliminary Injunction Should Not Issue* (the "Emergency Motion") [Adv. Dkt. 3].  Pursuant to those filings, the Court issued an *Order Provisionally Shortening Time* (the "Order") [Adv. Dkt. 4] requiring that the Trustee effectuate service of process and take certain actions.  This declaration is intended to partially satisfy the instructions provided in Section 7 of the Order.

3.      As detailed in the concurrently filed declaration of John M. Genga, he provided notice of today's scheduled hearing to, among others, lawyers known to represent Compagnie Monégasque de Banque ("CMB Monaco"), Mitra Holdings SA ("Mitra"), Lex Thielen and Lex Thielen & Associes (collectively, "Thielen"), PB Montaigne Attorneys-at-law Ltd ("PBM"), and Suren Egiazarian ("Suren")[1] via email in the morning of Tuesday, May 20, 2025.  I followed up on each of those email messages with my own emails, to which I attached copies of the Complaint, Emergency Motion, and Order, as well as a copy of the *Summons And Notice of Status Conference In Adversary Proceeding* (the "Summons") [Adv. Dkt. 6].  Those emails were sent at 11:49 am PT (to counsel for Suren), 11:49 am PT (to counsel for PBM), 11:50 am PT (to counsel for CMB Monaco), 1:04 pm PT (to counsel Thielen).  I subsequently served the *Notice of Hearing on Emergency Motion For Temporary Restraining Order And Order To Show Cause Why A Preliminary Injunction Should Not Issue* (the "Notice") [Adv. Dkt. 7] on all those same attorneys at 1:56 pm PT.

---

[1] No disrespect is intended by defining this, or any other litigant, by his first name.  This is done purely for clarity, as several defendants and interested parties have common or similar surnames.

1    4.    Later on May 20, 2025, I learned that the lawyer who we believed represented

2  Suren in this matter had not yet been retained for that purpose.  I also learned that Artem

3  Yegiazaryan, also known as Artem Egiazarian ("Artem") is believed not to be represented by

4  counsel.  Accordingly,  at 2:28 pm PT, I emailed both of those individuals (at

5  surok100@gmail.com and artem3artem@gmail.com) electronic copies of the Complaint,

6  Emergency Motion, Summons, Notice, and Order.

7    5.    Still later on May 20, 2025, I learned that Suren and Artem might be at the

8  residence located at 655 Endrino Place, Beverly Hills, California 90210 (the "Endrino Property").

9  Accordingly, my law firm retained Elite Litigation Support and dispatched them to serve Suren

10  and Artem at that location.  I understand that the process server's initial attempts to serve Suren

11  and Artem were unsuccessful, so I authorized the process server to stake out the Endrino Property

12  in an attempt to effectuate service.  I understand that those efforts proved successful, with Suren

13  and Artem being served at approximately 8:15 pm PT.  Proofs of service from the process server

14  will be separately filed, and are attached hereto as Exhibits "A" and "B" for the Court's

15  convenience.

16    I declare under penalty of perjury under the laws of the United States of America that the

17  foregoing is true and correct.  Executed on this 21st day of May, 2025, at Los Angeles, California.

18

19    _____
    */s/ Aaron J. Malo*
20    Aaron J. Malo

21

22

23

24

25

26

27

28

SMRH:4918-7165-9845.2                                                    MALO DECLARATION

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT AN ATTORNEY (Name, State Bar number, and address) | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Aaron J. Malo \| SBN: 179985 - Anastasia K. Billy \| SBN: 210416 <br> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP <br> 650 Town Center Drive - 10th Floor <br> Costa Mesa, CA 92626 | | | | |
| TELEPHONE NO:  714.513.5100    FAX NO.:    714.513.5130    EMAIL ADDRESS (Optional): | | amalo@sheppardmullin.com <br> abilly@sheppardmullin.com | | |
| Proposed General Counsel for Plaintiff and Chapter 7 Trustee | | Ref No. or File No.: | | |
| ATTORNEY FOR (Name):    JOHN J. MENCHACA | | | | |

Insert name of Court, and Judicial District and Branch Court:

**UNITED STATES BANKRUPTCY COURT - CENTRAL DISTRICT OF CALIFORNIA, Los Angeles Division**

PLAINTIFF: **JOHN J. MENCHACA, et al**

DEFENDANT: **COMPAGNIE MONEGASQUE DE BANQUE, et al**

| PROOF OF SERVICE | HEARING DATE: <br> 5/21/2025 | TIME: <br> 2:00 PM | DEPT: | CASE NUMBER: <br> **2:25-bk-13838 BB** |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

Summons and Notice of Status Conference in Adversary Proceeding [LBR 7004-1]; Complaint; Emergency Motion for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue; Memorandum of Points and Authorities in Support Thereof; Order Provisionally Shortening Time; Notice on Hearing on Emergency Motion for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue

PARTY SERVED: **SUREN YEGIARZARYAN, also known as SUREN EGIAZARIAN, an individual**

BY SERVING: **"JOHN DOE" (white, male, 25yrs, 5'8", 190lbs, blnd & blk hair) - CO-OCCUPANT**

DATE & TIME OF DELIVERY: **5/20/2025**
**8:15 PM**

ADDRESS, CITY, AND STATE: **655 ENDRINO PLACE**
**BEVERLY HILLS, CA 90210**

Fee for service was:  $976.00
County:        Los Angeles
Registration:        6461
**Elite Litigation Support**
**16809 Bellflower Blvd - Suite 433 - Bellflower, CA 90706**
**562.505.0374**

I declare under penalty of perjury under the laws of
The State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this
declaration was executed on        **5/21/2025**

Signature: _____
**Gustavo Gonzalez**

982(a)(23)(New July 1, 1987)

**PROOF OF SERVICE**

Order #:  965898

# EXHIBIT B

| ATTORNEY OR PARTY WITHOUT AN ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| Aaron J. Malo \| SBN: 179985 - Anastasia K. Billy \| SBN: 210416<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>650 Town Center Drive - 10th Floor<br>Costa Mesa, CA 92626 | | |

TELEPHONE NO:  714.513.5100   FAX NO.:   714.513.5130   EMAIL ADDRESS (Optional): amalo@sheppardmullin.com / abilly@sheppardmullin.com

ATTORNEY FOR (Name):   Proposed General Counsel for Plaintiff and Chapter 7 Trustee JOHN J. MENCHACA

Ref No. or File No.:

Insert name of Court, and Judicial District and Branch Court:

**UNITED STATES BANKRUPTCY COURT - CENTRAL DISTRICT OF CALIFORNIA, Los Angeles Division**

PLAINTIFF: **JOHN J. MENCHACA, et al**

DEFENDANT: **COMPAGNIE MONEGASQUE DE BANQUE, et al**

| **PROOF OF SERVICE** | HEARING DATE:<br>5/21/2025 | TIME:<br>2:00 PM | DEPT: | CASE NUMBER:<br>**2:25-bk-13838 BB** |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

Summons and Notice of Status Conference in Adversary Proceeding [LBR 7004-1]; Complaint; Emergency Motion for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue; Memorandum of Points and Authorities in Support Thereof; Order Provisionally Shortening Time; Notice on Hearing on Emergency Motion for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue

PARTY SERVED: **ARTEM YEGIARZARYAN, also known as ARTEM EGIAZARIAN, an individual**

BY SERVING: **"JOHN DOE" (white, male, 25yrs, 5'8", 190lbs, blnd & blk hair) - CO-OCCUPANT**

DATE & TIME OF DELIVERY: **5/20/2025 8:15 PM**

ADDRESS, CITY, AND STATE: **655 ENDRINO PLACE BEVERLY HILLS, CA 90210**

Fee for service was: $196.00
County:      Los Angeles
Registration:      6461
**Elite Litigation Support**
**16809 Bellflower Blvd - Suite 433 - Bellflower, CA 90706**
**562.505.0374**

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on   **5/21/2025**

Signature: _Gustavo Gonzalez_

982(a)(23)[New July 1, 1987]

**PROOF OF SERVICE**

-8-

Order #:  965899