1 | **SHEPPARD, MULLIN, RICHTER & HAMPTON** LLP
   A Limited Liability Partnership
2 |    Including Professional Corporations
AARON J. MALO, Cal. Bar No. 179985
3 | *amalo@sheppardmullin.com*
ANASTASIA K. BILLY, Cal Bar No. 210416
4 | *abilly@sheppardmullin.com*
650 Town Center Drive, 10th Floor
5 | Costa Mesa, California 92626-1993
Telephone:   714.513.5100
6 | Facsimile:   714.513.5130

7 | Proposed General Counsel for Plaintiff and Chapter 7
Trustee JOHN J. MENCHACA
8 |

9 | **RAINES FELDMAN LITTRELL LLP**
HAMID R. RAFATJOO, Cal. Bar No. 181564
10 | *hrafatjoo@raineslaw.com*
KYRA E. ANDRASSY, Cal. Bar No. 207959
11 | *kandrassy@raineslaw.com*
1900 Avenue of the Stars, 19th Floor
12 | Los Angeles, CA 90067
Telephone:   310.440.4100
13 | Facsimile:   310.691.1367

14 | Proposed Special Counsel for Plaintiff and
Chapter 7 Trustee JOHN J. MENCHACA
15 |

16 | **GENGA & ASSOCIATES, P.C.**
John M. Genga (SB# 125522)
17 | jgenga@gengalaw.com
16501 Ventura Blvd., Suite 400
18 | Encino, CA 91436
(747) 231-3400 | Fax: (818) 474-7070
19 |
Proposed Special Counsel for Plaintiff and
20 | Chapter 7 Trustee JOHN J. MENCHACA

21 |

22 | UNITED STATES BANKRUPTCY COURT

23 | CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:25-bk-13838 BB |
| | Hon. Sheri Bluebond |
| ASHOT GEVORK EGIAZARIAN, an individual, | Chapter 7 |
| Debtor. | |

-1-

DECLARATION RE SERVICE

| | |
|---|---|
| 1 | |

JOHN J. MENCHACA, in his capacity as Chapter 7 Trustee,

                  Plaintiff,

      v.

COMPAGNIE MONEGASQUE DE BANQUE, a bank of Monaco of unknown form; MITRA HOLDINGS SA, a Luxembourg entity of unknown form; LEX THIELEN, an individual; LEX THIELEN & ASSOCIES, a Luxembourg entity of unknown form; PB MONTAIGNE ATTORNEYS-AT-LAW LTD, a Swiss entity of unknown form; SUREN YEGIARZARYAN, also known as SUREN EGIAZARIAN, an individual; ARTEM YEGIARZARYAN, also known as ARTEM EGIAZARIAN, an individual;

                  Defendants.

---

Adv. Proc. No. No. 2:25-ap-01197-BB

**DECLARATION OF JOHN M. GENGA RE SERVICE**

Hearing Information:
Judge:  Hon. Neil W. Bason
Date:   May 21, 2025
Time:   2:00 p.m.
Ctrm:   1545
       255 E. Temple St.
       Los Angeles, CA 90012

---

     Attached hereto and incorporated herein by this reference is an additional Declaration from John M. Genga, proposed Special Counsel for Plaintiff and Chapter 7 Trustee John J. Menchaca, regarding service issues.

Dated:  May 21, 2025

                         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By                  */s/ Aaron J. Malo*
                               AARON J. MALO
                             ANASTASIA K. BILLY

                            Proposed Attorneys for
                         Plaintiff and Chapter 7 Trustee
                           JOHN J. MENCHACA

                                          DECLARATION RE SERVICE

1  **SHEPPARD, MULLIN, RICHTER & HAMPTON** LLP
    A Limited Liability Partnership
2    Including Professional Corporations
   AARON J. MALO, Cal. Bar No. 179985
3  ANASTASIA K. BILLY, Cal Bar No. 210416
   650 Town Center Drive, 10th Floor
4  Costa Mesa, California 92626-1993
   Telephone:    714.513.5100
5  Facsimile:    714.513.5130
   Email:        amalo@sheppardmullin.com
6                abilly@sheppardmullin.com

7  Proposed General Counsel for Plaintiff and
   Chapter 7 Trustee JOHN J. MENCHACA
8
   **RAINES FELDMAN LITTRELL LLP**
9  HAMID R. RAFATJOO, Cal. Bar No. 181564
   *hrafatjoo@raineslaw.com*
10 KYRA E. ANDRASSY, Cal. Bar No. 207959
   *kandrassy@raineslaw.com*
11 1900 Avenue of the Stars, 19th Floor
   Los Angeles, CA 90067
12 Telephone:   (310) 440-4100
   Facsimile:   (310) 691-1367
13
   Proposed General Counsel for Plaintiff and
14 Chapter 7 Trustee JOHN J. MENCHACA

15 **GENGA & ASSOCIATES, P.C.**
   John M. Genga (SB# 125522)
16 *jgenga@gengalaw.com*
   16501 Ventura Blvd., Suite 400
17 Encino, CA  91436
   (747) 231-3400 | Fax: (818) 474-7070
18
   Proposed Special Counsel for Plaintiff and
19 Chapter 7 Trustee JOHN J. MENCHACA

20            **UNITED STATES BANKRUPTCY COURT**

21            **CENTRAL DISTRICT OF CALIFORNIA**

22                **LOS ANGELES DIVISION**

23
24 | In re | Case No. 2:25-bk-13838 BB |
25 | ASHOT GEVORK EGIAZARIAN, an individual, | Hon. Sheri Bluebond |
26 | | Chapter 7 |
27 | Debtor. | |

28

JOHN J. MENCHACA, in his capacity as
Chapter 7 Trustee,

                Plaintiff,

     v.

COMPAGNIE MONÉGASQUE DE
BANQUE, a bank of Monaco of unknown
form; MITRA HOLDINGS SA, a
Luxembourg entity of unknown form; LEX
THIELEN, an individual; LEX THIELEN &
ASSOCIES, a Luxembourg entity of unknown
form; PB MONTAIGNE ATTORNEYS-AT-
LAW LTD, a Swiss entity of unknown form;
SUREN YEGIARZARYAN, also known as
SUREN EGIAZARIAN, an individual;
ARTEM YEGIARZARYAN, also known as
ARTEM EGIAZARIAN, an individual,

                Defendants.

Adv. Proc. No. 2:25-ap-01197-BB

**DECLARATION OF JOHN M. GENGA
RE NOTICE OF HEARING ON
EMERGENCY MOTION FOR
TEMPORARY RESTRAINING ORDER
AND ORDER TO SHOW CAUSE WHY
A PRELIMINARY INJUNCTION
SHOULD NOT ISSUE**

Hearing Information:
Date:  May 21, 2025
Time:  2:00 p.m.
Ctrm:  1545
        255 E. Temple St.
        Los Angeles, CA 90012

I, John M. Genga, declare as follows:

1.    I am an attorney, duly licensed and admitted to practice in the State of California and before this and all other Unites States District Courts in California, as well as the Court of Appeals for the Ninth Circuit and the United States Supreme Court.  I own Genga & Associates, P.C., which the Trustee in this action proposes to engage as special litigation counsel, and I and my firm are currently appearing as such on the above-captioned emergency motion ("Motion").

2.    I make this declaration of my own personal knowledge.  If called as a witness, I could and would testify from such knowledge to the facts set forth below under oath.

3.    I offer this declaration to advise the Court of notices I gave by email to interested parties about the Motion and the hearing thereon.  In all cases I am familiar with the recipients of the notices from having worked on cases with them relating to the Debtor, whom I have represented since at least January 2024.  In all cases I sent the notices to email addresses from which reach recipient has communicated with me regularly during that period in the course of my representation of the Debtor.

SMRH:4919-2962-2597.8                                                                    DECLARATION

4.      Attached hereto as Exhibit A is a true and correct copy of the notice I sent on Tuesday, May 20, 2025 at 10:57 a.m. to Mazda Antia of the Cooley law firm, whom I know from other matters has acted as counsel for Compagnie Monégasque de Banque ("CMB" or the "Bank"), a defendant in this adversary proceeding.

5.      Attached hereto as Exhibit B is a true and correct copy of the notice I sent on Tuesday, May 20, 2025 at 11:00 a.m. to Rodrigue Sperisen of PB Montaigne Attorneys-at-Law Ltd ("PBM"), a defendant in this adversary proceeding, whom I know from other matters has acted as counsel for the Debtor, and more specifically has held funds of the Debtor in its client trust account, as I myself have caused the transfer of funds to that account, including from the Bank in connection with the June 2024 settlement of a case in which the Bank and the Debtor were both defendants, *Vitaly Ivanovich Smagin v. Compagnie Monegasque De Banque et al.*, Central District of California Case No. 2:20-cv-11236-RGK-MAA (the "Smagin Action").

6.      Attached hereto as Exhibit C is a true and correct copy of the notice I sent on Tuesday, May 20, 2025 at 11:03 a.m. to Jeffrey Erdman of Scali Rasmussen and Rozanna Velen of Korol & Velen, whom I know currently represent Suren Egiazaryan, a defendant in this adversary proceeding, as a joinder defendant in the dissolution action between the Debtor and his ex-wife, Natalia Tsagolova ("Natalia"), *In re Marriage of Tsagolova and Egiazaryan*, Los Angeles Superior Court (Family Law Division) Case No. 20STFL03636.

7.      Attached hereto as Exhibit D is a true and correct copy of the notice I sent on Tuesday, May 20, 2025 at 11:20 a.m. to Lex Thieken of Lex Thielen and Associes, defendants in this adversary proceeding, whom I know from other matters has acted as counsel for the Debtor, including in what has been referred to in other filings in this case as the Luxembourg Litigation.

8.      After sending the foregoing notices I spoke on the phone with Mr. Sperisen and Mr. Thielen, both of whom acknowledged having received my email notice.  Mr. Thielen advised me that he intends to attend by videoconference the emergency hearing in this matter at 2:00 p.m. Pacific Daylight Time on May 21, 2025, and may have counsel appear for him as well.

9.      While I know that Mr. Antia has represented the Bank in dealings with the Debtor, including as recently as within the last two months in a mediation I initiated against the Bank of

-5-

DECLARATION

behalf of the Debtor pursuant to the confidential settlement agreement in the Smagin Action (the "Smagin Settlement"), I undertook to have the summons, complaint and moving papers in this matter personally delivered to the Bank's address for notice specified in the Smagin Settlement. I engaged an international process server who reports that it was able to effectuate service at that address at 9:03 a.m. local time in Monaco on May 21, 2025.  A true and correct copy of the executed proof of that service is attached hereto as Exhibit E.

10.     I also advised the court in France and the lawyers for the parties in the proceeding there by which CMB is attempting to foreclose on the Villa in which the Debtor, and accordingly the bankruptcy estate, claims a beneficial ownership interest as community property with Natalia. Attached hereto as Exhibit F is a true and correct copy of the email notice I sent to those recipients (identified for me by Debtor's counsel in France, Mr. Antoine Cadeo) at 1:19 a.m. Pacific Daylight Time on May 21, 2025.  I followed that up with an email "reply to all" at 1:24 a.m., a true and correct copy of which is attached hereto as Exhibit G, which contains a link to the summons, complaint, all moving papers and this Court's orders relevant to the proceeding today at 2:00 p.m. Pacific Time.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed by me on .May 21, 2025 at Las Vegas, Nevada.


                                        /s/ John Genga
                                        _____
                                            John  M. Genga

SMRH:4919-2962-2597.8
                                                                DECLARATION

# Exhibit A

**John M. Genga**

| | |
|---|---|
| **From:** | John M. Genga |
| **Sent:** | Tuesday, May 20, 2025 10:57 AM |
| **To:** | Mazda Antia |
| **Cc:** | amalo@sheppardmullin.com; Anastasia Billy; Kyra E. Andrassy |
| **Subject:** | In re Ashot Gevork Egiazaryan, U.S. BK No. 2:25-bk-13838 BB, Adv. Proc. No. 2:25-ap-01197-BB: NOTICE OF EMERGENCY REQUEST FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |

Dear Mazda:

This notice is being sent to you in your capacity as counsel for Compagnie Monégasque de Banque ("CMB" or the "Bank").

PLEASE TAKE NOTICE that, on Wednesday, May 21, 2025, at 2:00 p.m. Pacific Daylight Time or as soon thereafter as the matter can be heard, in Courtroom 1545 of the Hon. Neil W. Bason of the United States Bankruptcy Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, CA 90012, the Chapter 7 trustee in the above-captioned bankruptcy matter and adversary proceeding involving Ashot Gevork Egiazaryan, John J. Menchaca (the "Trustee"), will appear through counsel then and there to seek a temporary restraining order on an emergency basis that would:

> (1) stay foreclosure proceedings commenced by defendant Compagnie Monégasque de Banque ("CMB" or the "Bank") against a villa in the south of France that the Trustee believes to be property of the bankruptcy estate (the "Villa"); and

> (2) enjoin a purported creditor, defendants Lex Thielen and the law firm of Lex Thielen & Associes (collectively, "Thielen"), from enforcing Thielen's alleged debt against $1,552,592.69 of estate funds (the "Funds") held in a client trust account by the law firm (and named defendant) PB Montaigne Attorneys-at-Law Ltd ("PBM").

The Trustee therefore specifically moves for an order:

> Temporarily restraining and then preliminarily enjoining the Defendants, and any individuals or entities acting in concert with them, from:

> (a)    making any representations or assertions, or purporting to make any representations or assertions, to any individual or entity – other than the Bankruptcy Court and the parties to the above-captioned adversary action – calculated to suggest that they own or control the Villa, the Funds, or any part thereof;

> (b)    taking, or allowing to be taken, any action transferring, encumbering, hypothecating, concealing, or in any way disposing of or enforcing liens against the Villa, the Funds, or any part thereof, including conducting a foreclosure sale; and

> (c)    taking any other action or actions, the intent or effect of which is to interfere with the Trustee or with property within the bankruptcy estate, or to interfere with the Trustee's or the

Trustee's agents' or attorneys' efforts to collect and preserve assets within the bankruptcy estate, including conducting a foreclosure sale; and

Issuing an order to show cause why a preliminary injunction should not issue on the foregoing terms.

The request for emergency relief is and will be based on evidence and argument to be presented at the hearing and in papers to be provided to you – more specifically, the motion itself, a memorandum of points and authorities in support thereof and a declaration of Ashot Egiazaryan, with accompanying exhibits, also in support thereof – by no later than 10:00 a.m. Pacific Daylight Time on Wednesday, May 21, 2025.

The Court has set the following as the "deadline for oppositions and replies: orally at the hearing."  Because the matter has been set only provisionally for shortened notice, the Court will consider objections to the sufficiency of notice at the hearing.

Anyone needing to use the Court's unofficial/uncertified translation services by telephone, should set that up in advance.  If using a court certified translator, that person should be prepared to take an oath.

Parties and/or their counsel may appear in person, telephonically, or via Zoom:

| | |
|---|---|
| Phone one-tap: | US: +16692545252,,1605189508#,,1#,443174# or +16468287666,,1605189508#,,1#,443174# |
| Meeting URL: | https://cacb.zoomgov.com/j/1605189508 |
| Meeting ID: | 160 518 9508 |
| Password: | 443174 |

**Join by Telephone**

For higher quality, dial a number based on your current location.
Dial:

US: +1 669 254 5252 or +1 646 828 7666 or +1 646 964 1167 or +1 669 216 1590 or +1 415 449 4000 or +1 551 285 1373 or 833 568 8864 (Toll Free)

| | |
|---|---|
| Meeting ID: | 160 518 9508 |
| Password: | 443174 |

You may contact the undersigned if you have any questions.

Best,
John

*John M. Genga*

**GENGA & ASSOCIATES, P.C.**
16501 Ventura Blvd., Suite 400
Encino, CA  91436

Ofc: 747-231-3400 | Fax: 818-474-7070
Cell: 310-251-1774
jgenga@gengalaw.com
www.gengalaw.com

# Exhibit B

**John M. Genga**

| | |
|---|---|
| **From:** | John M. Genga |
| **Sent:** | Tuesday, May 20, 2025 11:00 AM |
| **To:** | Rodrigue Sperisen |
| **Cc:** | amalo@sheppardmullin.com; Anastasia Billy; Kyra E. Andrassy |
| **Subject:** | In re Ashot Gevork Egiazaryan, U.S. BK No. 2:25-bk-13838 BB, Adv. Proc. No. 2:25-ap-01197-BB: NOTICE OF EMERGENCY REQUEST FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |

Dear Rodrigue:

This notice is being sent to you in your capacity as a member of the law firm of counsel for PB Montaigne Attorneys-at-Law Ltd ("PBM").

PLEASE TAKE NOTICE that, on Wednesday, May 21, 2025, at 2:00 p.m. Pacific Daylight Time or as soon thereafter as the matter can be heard, in Courtroom 1545 of the Hon. Neil W. Bason of the United States Bankruptcy Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, CA 90012, the Chapter 7 trustee in the above-captioned bankruptcy matter and adversary proceeding involving Ashot Gevork Egiazaryan, John J. Menchaca (the "Trustee"), will appear through counsel then and there to seek a temporary restraining order on an emergency basis that would:

(1) stay foreclosure proceedings commenced by defendant Compagnie Monégasque de Banque ("CMB" or the "Bank") against a villa in the south of France that the Trustee believes to be property of the bankruptcy estate (the "Villa"); and

(2) enjoin a purported creditor, defendants Lex Thielen and the law firm of Lex Thielen & Associes (collectively, "Thielen"), from enforcing Thielen's alleged debt against $1,552,592.69 of estate funds (the "Funds") held in a client trust account by the law firm (and named defendant) PB Montaigne Attorneys-at-Law Ltd ("PBM").

The Trustee therefore specifically moves for an order:

Temporarily restraining and then preliminarily enjoining the Defendants, and any individuals or entities acting in concert with them, from:

(a)    making any representations or assertions, or purporting to make any representations or assertions, to any individual or entity – other than the Bankruptcy Court and the parties to the above-captioned adversary action – calculated to suggest that they own or control the Villa, the Funds, or any part thereof;

(b)    taking, or allowing to be taken, any action transferring, encumbering, hypothecating, concealing, or in any way disposing of or enforcing liens against the Villa, the Funds, or any part thereof, including conducting a foreclosure sale; and

(c)    taking any other action or actions, the intent or effect of which is to interfere with the Trustee or with property within the bankruptcy estate, or to interfere with the Trustee's or the

Trustee's agents' or attorneys' efforts to collect and preserve assets within the bankruptcy estate, including conducting a foreclosure sale; and

Issuing an order to show cause why a preliminary injunction should not issue on the foregoing terms.

The request for emergency relief is and will be based on evidence and argument to be presented at the hearing and in papers to be provided to you – more specifically, the motion itself, a memorandum of points and authorities in support thereof and a declaration of Ashot Egiazaryan, with accompanying exhibits, also in support thereof – by no later than 10:00 a.m. Pacific Daylight Time on Wednesday, May 21, 2025.

The Court has set the following as the "deadline for oppositions and replies: <u>orally at the hearing</u>."  Because the matter has been set only provisionally for shortened notice, the Court will consider objections to the sufficiency of notice at the hearing.

Anyone needing to use the Court's unofficial/uncertified translation services by telephone, should set that up in advance.  If using a court certified translator, that person should be prepared to take an oath.

Parties and/or their counsel may appear in person, telephonically, or via Zoom:

| | |
|---|---|
| Phone one-tap: | US: +16692545252,,1605189508#,,1#,443174# or +16468287666,,1605189508#,,1#,443174# |
| Meeting URL: | https://cacb.zoomgov.com/j/1605189508 |
| Meeting ID: | 160 518 9508 |
| Password: | 443174 |

**Join by Telephone**

For higher quality, dial a number based on your current location.
Dial:

US: +1 669 254 5252 or +1 646 828 7666 or +1 646 964 1167 or +1 669 216 1590 or +1 415 449 4000 or +1 551 285 1373 or 833 568 8864 (Toll Free)

| | |
|---|---|
| Meeting ID: | 160 518 9508 |
| Password: | 443174 |

You may contact the undersigned if you have any questions.

Best,
John

*John M. Genga*

**GENGA & ASSOCIATES, P.C.**
16501 Ventura Blvd., Suite 400

Encino, CA 91436
Ofc: 747-231-3400 | Fax: 818-474-7070
Cell: 310-251-1774
jgenga@gengalaw.com
www.gengalaw.com

# Exhibit C

**John M. Genga**

| | |
|---|---|
| **From:** | John M. Genga |
| **Sent:** | Tuesday, May 20, 2025 11:03 AM |
| **To:** | jerdman@scalilaw.com; rozanna@kvfamilylaw.com |
| **Cc:** | amalo@sheppardmullin.com; Anastasia Billy; Kyra E. Andrassy; aschare@tocounsel.com; Gregory Jessner |
| **Subject:** | In re Ashot Gevork Egiazaryan, U.S. BK No. 2:25-bk-13838 BB, Adv. Proc. No. 2:25-ap-01197-BB: NOTICE OF EMERGENCY REQUEST FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |

Dear Jeffrey and Rozanna:

This notice is being sent to you in your capacity as counsel for Suren Egiazaryan.  I also copy Allan and Greg as counsel for Natalia Tsagolova.

PLEASE TAKE NOTICE that, on Wednesday, May 21, 2025, at 2:00 p.m. Pacific Daylight Time or as soon thereafter as the matter can be heard, in Courtroom 1545 of the Hon. Neil W. Bason of the United States Bankruptcy Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, CA 90012, the Chapter 7 trustee in the above-captioned bankruptcy matter and adversary proceeding involving Ashot Gevork Egiazaryan, John J. Menchaca (the "Trustee"), will appear through counsel then and there to seek a temporary restraining order on an emergency basis that would:

(1) stay foreclosure proceedings commenced by defendant Compagnie Monégasque de Banque ("CMB" or the "Bank") against a villa in the south of France that the Trustee believes to be property of the bankruptcy estate (the "Villa"); and

(2) enjoin a purported creditor, defendants Lex Thielen and the law firm of Lex Thielen & Associes (collectively, "Thielen"), from enforcing Thielen's alleged debt against $1,552,592.69 of estate funds (the "Funds") held in a client trust account by the law firm (and named defendant) PB Montaigne Attorneys-at-Law Ltd ("PBM").

The Trustee therefore specifically moves for an order:

Temporarily restraining and then preliminarily enjoining the Defendants, and any individuals or entities acting in concert with them, from:

(a)    making any representations or assertions, or purporting to make any representations or assertions, to any individual or entity – other than the Bankruptcy Court and the parties to the above-captioned adversary action – calculated to suggest that they own or control the Villa, the Funds, or any part thereof;

(b)    taking, or allowing to be taken, any action transferring, encumbering, hypothecating, concealing, or in any way disposing of or enforcing liens against the Villa, the Funds, or any part thereof, including conducting a foreclosure sale; and

(c)    taking any other action or actions, the intent or effect of which is to interfere with the Trustee or with property within the bankruptcy estate, or to interfere with the Trustee's or the Trustee's agents' or attorneys' efforts to collect and preserve assets within the bankruptcy estate, including conducting a foreclosure sale; and

Issuing an order to show cause why a preliminary injunction should not issue on the foregoing terms.

The request for emergency relief is and will be based on evidence and argument to be presented at the hearing and in papers to be provided to you – more specifically, the motion itself, a memorandum of points and authorities in support thereof and a declaration of Ashot Egiazaryan, with accompanying exhibits, also in support thereof – by no later than 10:00 a.m. Pacific Daylight Time on Wednesday, May 21, 2025.

The Court has set the following as the "deadline for oppositions and replies: orally at the hearing."  Because the matter has been set only provisionally for shortened notice, the Court will consider objections to the sufficiency of notice at the hearing.

Anyone needing to use the Court's unofficial/uncertified translation services by telephone, should set that up in advance.  If using a court certified translator, that person should be prepared to take an oath.

Parties and/or their counsel may appear in person, telephonically, or via Zoom:

| | |
|---|---|
| Phone one-tap: | US: +16692545252,,1605189508#,,1#,443174# or +16468287666,,1605189508#,,1#,443174# |
| Meeting URL: | https://cacb.zoomgov.com/j/1605189508 |
| Meeting ID: | 160 518 9508 |
| Password: | 443174 |

**Join by Telephone**

For higher quality, dial a number based on your current location.
Dial:

US: +1 669 254 5252 or +1 646 828 7666 or +1 646 964 1167 or +1 669 216 1590 or +1 415 449 4000 or +1 551 285 1373 or 833 568 8864 (Toll Free)

Meeting ID:    160 518 9508

Password:    443174

You may contact the undersigned if you have any questions.

Best,
John

*John M. Genga*
**GENGA & ASSOCIATES, P.C.**

16501 Ventura Blvd., Suite 400
Encino, CA  91436
Ofc: 747-231-3400 | Fax: 818-474-7070
Cell: 310-251-1774
jgenga@gengalaw.com
www.gengalaw.com

# Exhibit D

**John M. Genga**

| | |
|---|---|
| **From:** | John M. Genga |
| **Sent:** | Tuesday, May 20, 2025 11:20 AM |
| **To:** | Lex Thielen |
| **Cc:** | amalo@sheppardmullin.com; Anastasia Billy; Kyra E. Andrassy |
| **Subject:** | In re Ashot Gevork Egiazaryan, U.S. BK No. 2:25-bk-13838 BB, Adv. Proc. No. 2:25-ap-01197-BB: NOTICE OF EMERGENCY REQUEST FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |

Dear Lex:

This notice is being sent to you individually and as a representative of your law firm as named defendants in the above-captioned adversary proceeding in the U.S. Bankruptcy Court for the Central District of California.

PLEASE TAKE NOTICE that, on Wednesday, May 21, 2025, at 2:00 p.m. Pacific Daylight Time or as soon thereafter as the matter can be heard, in Courtroom 1545 of the Hon. Neil W. Bason of the United States Bankruptcy Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, CA 90012, the Chapter 7 trustee in the above-captioned bankruptcy matter and adversary proceeding involving Ashot Gevork Egiazaryan, John J. Menchaca (the "Trustee"), will appear through counsel then and there to seek a temporary restraining order on an emergency basis that would:

  (1) stay foreclosure proceedings commenced by defendant Compagnie Monégasque de Banque ("CMB" or the "Bank") against a villa in the south of France that the Trustee believes to be property of the bankruptcy estate (the "Villa"); and

  (2) enjoin a purported creditor, defendants Lex Thielen and the law firm of Lex Thielen & Associes (collectively, "Thielen"), from enforcing Thielen's alleged debt against $1,552,592.69 of estate funds (the "Funds") held in a client trust account by the law firm (and named defendant) PB Montaigne Attorneys-at-Law Ltd ("PBM").

The Trustee therefore specifically moves for an order:

Temporarily restraining and then preliminarily enjoining the Defendants, and any individuals or entities acting in concert with them, from:

  (a) making any representations or assertions, or purporting to make any representations or assertions, to any individual or entity – other than the Bankruptcy Court and the parties to the above-captioned adversary action – calculated to suggest that they own or control the Villa, the Funds, or any part thereof;

  (b) taking, or allowing to be taken, any action transferring, encumbering, hypothecating, concealing, or in any way disposing of or enforcing liens against the Villa, the Funds, or any part thereof, including conducting a foreclosure sale; and

(c)      taking any other action or actions, the intent or effect of which is to interfere with the Trustee or with property within the bankruptcy estate, or to interfere with the Trustee's or the Trustee's agents' or attorneys' efforts to collect and preserve assets within the bankruptcy estate, including conducting a foreclosure sale; and

Issuing an order to show cause why a preliminary injunction should not issue on the foregoing terms.

The request for emergency relief is and will be based on evidence and argument to be presented at the hearing and in papers to be provided to you – more specifically, the motion itself, a memorandum of points and authorities in support thereof and a declaration of Ashot Egiazaryan, with accompanying exhibits, also in support thereof – by no later than 10:00 a.m. Pacific Daylight Time on Wednesday, May 21, 2025.

The Court has set the following as the "deadline for oppositions and replies: <u>orally at the hearing</u>."  Because the matter has been set only provisionally for shortened notice, the Court will consider objections to the sufficiency of notice at the hearing.

Anyone needing to use the Court's unofficial/uncertified translation services by telephone, should set that up in advance.  If using a court certified translator, that person should be prepared to take an oath.

Parties and/or their counsel may appear in person, telephonically, or via Zoom:

| | |
|---|---|
| Phone one-tap: | US: +16692545252,,1605189508#,,1#,443174# or<br>+16468287666,,1605189508#,,1#,443174# |
| Meeting URL: | https://cacb.zoomgov.com/j/1605189508 |
| Meeting ID: | 160 518 9508 |
| Password: | 443174 |

**Join by Telephone**

For higher quality, dial a number based on your current location.
Dial:

US: +1 669 254 5252 or +1 646 828 7666 or +1 646 964 1167 or +1 669 216 1590 or +1 415 449 4000 or +1 551 285 1373 or 833 568 8864 (Toll Free)

Meeting ID:        160 518 9508

Password:        443174

You may contact the undersigned if you have any questions.

Best,
John

*John M. Genga*
**GENGA & ASSOCIATES, P.C.**

16501 Ventura Blvd., Suite 400
Encino, CA  91436
Ofc: 747-231-3400 | Fax: 818-474-7070
Cell: 310-251-1774
jgenga@gengalaw.com
www.gengalaw.com

3
**Exhibit D, Page 3 of 3**

# Exhibit E

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Aaron J Malo - Cal. Bar No. 179985<br>Sheppard Mullin Richter & Hampton<br>650 Town Center Dr Fourth Flr<br>Costa Mesa, CA 92626<br> TELEPHONE NO: 714–513–5100   FAX NO *(Optional):*<br>E-MAIL ADDRESS *(Optional):* amalo@sheppardmullin.com<br>ATTORNEY FOR *(Name):* John J. Menchaca | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles |
|---|
|  STREET ADDRESS: 255 East Temple Street<br> MAILING ADDRESS: 255 East Temple Street<br> CITY AND ZIP CODE: Los Angeles, 90012<br> BRANCH NAME: United States Bankruptcy Court Central District of California |

| PLAINTIFF / PETITIONER: John J. Menchaca<br>DEFENDANT / RESPONDENT: Compagnie Monegasque De Banque, Mitra Holdings SA, Lex Thielen, Lex Thielen & Associes, PB Montaigne Attorneys–At–Law Ltd., SUREN YEGIARZARYAN also known as SUREN EGIAZARIAN, ARTEM YEGIARZARYAN also known as ARTEM EGIAZARIAN | CASE NUMBER:<br>2:25–bk–13838–BB |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>13363087 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
 a. [X] summons
 b. [X] complaint
 c. [ ] Alternative Dispute Resolution (ADR) package
 d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
 e. [ ] cross-complaint
 f. [X] other *(specify documents):* Emergency Motion for Temporary Restraining Order and Order to Show Cause, Notice of Hearing, Order Provisionally Shortening Time
3. a. Party served *(specify name of party as shown on documents served):*
  COMPAGNIE MONEGASQUE DE BANQUE
 b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
  Johanna Cuthbertson - authorized to accept service.
4. Address where the party was served:
  17, Avenue Des Spélugues 98000 – MONACO
5. I served the party *(check proper box)*
 a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*      (2) at *(time):*
 b. [X] **by substituted service.** On *(date):* Wed, May 21 2025   at *(time):* 09:03 AM  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
  COMPAGNIE MONEGASQUE DE BANQUE
  (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
  (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
  (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
  (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*
    from *(city):*             or [ ] a declaration of mailing is attached.
  (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

---

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Page 1 of 2<br>Code of Civil Procedure, § 417.10 |

**Exhibit E, Page 1 of 2**

| PLAINTIFF / PETITIONER: | John J. Menchaca | CASE NUMBER: |
|---|---|---|
| DEFENDANT / RESPONDENT: | Compagnie Monegasque De Banque, Mitra Holdings SA, Lex Thielen, Lex Thielen & Associes, PB Montaigne Attorneys–At–Law Ltd., SUREN YEGIARZARYAN also known as SUREN EGIAZARIAN, ARTEM YEGIARZARYAN also known as ARTEM EGIAZARIAN | 2:25–bk–13838–BB |

5.  c.  ☐  **by mail and acknowledgment of receipt of service**. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1)  on *(date)*:                                        (2)  from *(city)*:

(3)  ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

(4)  ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d.  ☐  **by other means** *(specify means of service and authorizing code section)*:

☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

a.  ☐  as an individual defendant.

b.  ☐  as the person sued under the fictitious name of *(specify)*:

c.  ☐  as occupant.

d.  ☒  On behalf of *(specify)*:

under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| ☐ other: | |

7.  **Person who served papers**

a.  Name:                David Rottiers

b.  Address:             5101 Santa Monica Boulevard Ste 8, PMB 1330, Los Angeles, CA 90029

c.  Telephone number:    +1 (213) 786 1161

d.  **The fee** for service was:

e.  I am:

(1)  ☒  not a registered California process server.

(2)  ☐  exempt from registration under Business and Professions Code section 22350(b).

(3)  ☐  a registered California process server:

(i)  ☐ owner  ☐ employee  ☐ independent contractor

(ii)  Registration No:

(iii)  County:

8.  ☒  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9.  ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:  May 21, 2025

David Rottiers
_____
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

_____
(SIGNATURE)

# Exhibit F

## John M. Genga

| | |
|---|---|
| **From:** | John M. Genga |
| **Sent:** | Wednesday, May 21, 2025 1:19 AM |
| **To:** | avocats@rouillot-gambini.fr; marie-laure.guemas@justice.fr; Fanny.paulin@justice.fR; ventes.tj-grasse@justice.fR |
| **Cc:** | f.kieffer@allexavocats.fr; s.baye@spectra-avocats.com |
| **Subject:** | FW: In re Ashot Gevork Egiazaryan, U.S. BK No. 2:25-bk-13838 BB, Adv. Proc. No. 2:25-ap-01197-BB: NOTICE OF EMERGENCY REQUEST FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |

Good morning in France.

On behalf of the trustee in bankruptcy for debtor Ashot Egiazaryan, I have sent the below notice to the lawyer in the Unites States for Compagnie Monégasque de Banque ("CMB" or the "Bank"), and am forwarding it to each of you to apprise you of the proceedings taking place in the Central District of California at 2:00 p.m. Pacific Daylight Time on May 21, 2025 to the extent it relates to the matter before your court regarding the Bank's foreclosure on the Villa identified below.

I will follow this notice with a "reply to all" that will include a link to the summons, complaint, the moving papers and the local court's provisional order, which itself includes a link to allow you and any other interested persons to attend our local hearing by videoconference.

Thank you, and please feel free to contact the undersigned with any questions.

Best,
John

*John M. Genga*
**GENGA & ASSOCIATES, P.C.**
16501 Ventura Blvd., Suite 400
Encino, CA  91436
Ofc: 747-231-3400 | Fax: 818-474-7070
Cell: 310-251-1774
jgenga@gengalaw.com
www.gengalaw.com

**From:** John M. Genga
**Sent:** Tuesday, May 20, 2025 10:57 AM
**To:** Mazda Antia <mantia@cooley.com>
**Cc:** amalo@sheppardmullin.com; Anastasia Billy <ABilly@sheppardmullin.com>; Kyra E. Andrassy <kandrassy@raineslaw.com>
**Subject:** In re Ashot Gevork Egiazaryan, U.S. BK No. 2:25-bk-13838 BB, Adv. Proc. No. 2:25-ap-01197-BB: NOTICE OF EMERGENCY REQUEST FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

Dear Mazda:

This notice is being sent to you in your capacity as counsel for Compagnie Monégasque de Banque ("CMB" or the "Bank").

PLEASE TAKE NOTICE that, on Wednesday, May 21, 2025, at 2:00 p.m. Pacific Daylight Time or as soon thereafter as the matter can be heard, in Courtroom 1545 of the Hon. Neil W. Bason of the United States Bankruptcy Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, CA 90012, the Chapter 7 trustee in the above-captioned bankruptcy matter and adversary proceeding involving Ashot Gevork Egiazaryan, John J. Menchaca (the "Trustee"), will appear through counsel then and there to seek a temporary restraining order on an emergency basis that would:

(1) stay foreclosure proceedings commenced by defendant Compagnie Monégasque de Banque ("CMB" or the "Bank") against a villa in the south of France that the Trustee believes to be property of the bankruptcy estate (the "Villa"); and

(2) enjoin a purported creditor, defendants Lex Thielen and the law firm of Lex Thielen & Associes (collectively, "Thielen"), from enforcing Thielen's alleged debt against $1,552,592.69 of estate funds (the "Funds") held in a client trust account by the law firm (and named defendant) PB Montaigne Attorneys-at-Law Ltd ("PBM").

The Trustee therefore specifically moves for an order:

Temporarily restraining and then preliminarily enjoining the Defendants, and any individuals or entities acting in concert with them, from:

(a)    making any representations or assertions, or purporting to make any representations or assertions, to any individual or entity – other than the Bankruptcy Court and the parties to the above-captioned adversary action – calculated to suggest that they own or control the Villa, the Funds, or any part thereof;

(b)    taking, or allowing to be taken, any action transferring, encumbering, hypothecating, concealing, or in any way disposing of or enforcing liens against the Villa, the Funds, or any part thereof, including conducting a foreclosure sale; and

(c)    taking any other action or actions, the intent or effect of which is to interfere with the Trustee or with property within the bankruptcy estate, or to interfere with the Trustee's or the Trustee's agents' or attorneys' efforts to collect and preserve assets within the bankruptcy estate, including conducting a foreclosure sale; and

Issuing an order to show cause why a preliminary injunction should not issue on the foregoing terms.

The request for emergency relief is and will be based on evidence and argument to be presented at the hearing and in papers to be provided to you – more specifically, the motion itself, a memorandum of points and authorities in support thereof and a declaration of Ashot Egiazaryan, with accompanying exhibits, also in support thereof – by no later than 10:00 a.m. Pacific Daylight Time on Wednesday, May 21, 2025.

The Court has set the following as the "deadline for oppositions and replies: <u>orally at the hearing</u>." Because the matter has been set only provisionally for shortened notice, the Court will consider objections to the sufficiency of notice at the hearing.

Anyone needing to use the Court's unofficial/uncertified translation services by telephone, should set that up in advance. If using a court certified translator, that person should be prepared to take an oath.

Parties and/or their counsel may appear in person, telephonically, or via Zoom:

| | |
|---|---|
| Phone one-tap: | US: +16692545252,,1605189508#,,1#,443174# or +16468287666,,1605189508#,,1#,443174# |
| Meeting URL: | https://cacb.zoomgov.com/j/1605189508 |
| Meeting ID: | 160 518 9508 |
| Password: | 443174 |

**Join by Telephone**

For higher quality, dial a number based on your current location.
Dial:

US: +1 669 254 5252 or +1 646 828 7666 or +1 646 964 1167 or +1 669 216 1590 or +1 415 449 4000 or +1 551 285 1373 or 833 568 8864 (Toll Free)

| | |
|---|---|
| Meeting ID: | 160 518 9508 |
| Password: | 443174 |

You may contact the undersigned if you have any questions.

Best,
John

*John M. Genga*
**GENGA & ASSOCIATES, P.C.**
16501 Ventura Blvd., Suite 400
Encino, CA  91436
Ofc: 747-231-3400 | Fax: 818-474-7070
Cell: 310-251-1774
jgenga@gengalaw.com
www.gengalaw.com

3
**Exhibit F, Page 3 of 3**

# Exhibit G

**John M. Genga**

| | |
|---|---|
| **From:** | John M. Genga |
| **Sent:** | Wednesday, May 21, 2025 1:24 AM |
| **To:** | avocats@rouillot-gambini.fr; marie-laure.guemas@justice.fr; Fanny.paulin@justice.fR; ventes.tj-grasse@justice.fR |
| **Cc:** | f.kieffer@allexavocats.fr; s.baye@spectra-avocats.com |
| **Subject:** | RE: In re Ashot Gevork Egiazaryan, U.S. BK No. 2:25-bk-13838 BB, Adv. Proc. No. 2:25-ap-01197-BB: NOTICE OF EMERGENCY REQUEST FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |

Hello again to all.  The following link will connect you to all documents pertaining to the restraining order application in the bankruptcy adversary proceeding referenced in my immediately prior email:

https://www.dropbox.com/scl/fi/a7s7ryvor3r40fuf2wpgz/EgiazaryanBK_AdvProc.zip?rlkey=xz6lwb9gee3bgcnc7ropzt5mc&st=tkga85ky&dl=0

Thank you again.

Best,
John

*John M. Genga*
**GENGA & ASSOCIATES, P.C.**
16501 Ventura Blvd., Suite 400
Encino, CA  91436
Ofc: 747-231-3400 | Fax: 818-474-7070
Cell: 310-251-1774
jgenga@gengalaw.com
www.gengalaw.com

---

**From:** John M. Genga
**Sent:** Wednesday, May 21, 2025 1:19 AM
**To:** avocats@rouillot-gambini.fr; marie-laure.guemas@justice.fr; Fanny.paulin@justice.fR; ventes.tj-grasse@justice.fR
**Cc:** f.kieffer@allexavocats.fr; s.baye@spectra-avocats.com
**Subject:** FW: In re Ashot Gevork Egiazaryan, U.S. BK No. 2:25-bk-13838 BB, Adv. Proc. No. 2:25-ap-01197-BB: NOTICE OF EMERGENCY REQUEST FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

Good morning in France.

On behalf of the trustee in bankruptcy for debtor Ashot Egiazaryan, I have sent the below notice to the lawyer in the Unites States for Compagnie Monégasque de Banque ("CMB" or the "Bank"), and am forwarding it to each of you to apprise you of the proceedings taking place in the Central District of California at 2:00 p.m. Pacific Daylight Time on May 21, 2025 to the extent it relates to the matter before your court regarding the Bank's foreclosure on the Villa identified below.

I will follow this notice with a "reply to all" that will include a link to the summons, complaint, the moving papers and the local court's provisional order, which itself includes a link to allow you and any other interested persons to attend our local hearing by videoconference.

Thank you, and please feel free to contact the undersigned with any questions.

Best,
John

*John M. Genga*

**GENGA & ASSOCIATES, P.C.**
16501 Ventura Blvd., Suite 400
Encino, CA  91436
Ofc: 747-231-3400 | Fax: 818-474-7070
Cell: 310-251-1774
jgenga@gengalaw.com
www.gengalaw.com

---

**From:** John M. Genga
**Sent:** Tuesday, May 20, 2025 10:57 AM
**To:** Mazda Antia <mantia@cooley.com>
**Cc:** amalo@sheppardmullin.com; Anastasia Billy <ABilly@sheppardmullin.com>; Kyra E. Andrassy <kandrassy@raineslaw.com>
**Subject:** In re Ashot Gevork Egiazaryan, U.S. BK No. 2:25-bk-13838 BB, Adv. Proc. No. 2:25-ap-01197-BB: NOTICE OF EMERGENCY REQUEST FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

Dear Mazda:

This notice is being sent to you in your capacity as counsel for Compagnie Monégasque de Banque ("CMB" or the "Bank").

PLEASE TAKE NOTICE that, on Wednesday, May 21, 2025, at 2:00 p.m. Pacific Daylight Time or as soon thereafter as the matter can be heard, in Courtroom 1545 of the Hon. Neil W. Bason of the United States Bankruptcy Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, CA 90012, the Chapter 7 trustee in the above-captioned bankruptcy matter and adversary proceeding involving Ashot Gevork Egiazaryan, John J. Menchaca (the "Trustee"), will appear through counsel then and there to seek a temporary restraining order on an emergency basis that would:

(1) stay foreclosure proceedings commenced by defendant Compagnie Monégasque de Banque ("CMB" or the "Bank") against a villa in the south of France that the Trustee believes to be property of the bankruptcy estate (the "Villa"); and

(2) enjoin a purported creditor, defendants Lex Thielen and the law firm of Lex Thielen & Associes (collectively, "Thielen"), from enforcing Thielen's alleged debt against $1,552,592.69 of estate funds (the "Funds") held in a client trust account by the law firm (and named defendant) PB Montaigne Attorneys-at-Law Ltd ("PBM").

The Trustee therefore specifically moves for an order:

Temporarily restraining and then preliminarily enjoining the Defendants, and any individuals or entities acting in concert with them, from:

(a)    making any representations or assertions, or purporting to make any representations or assertions, to any individual or entity – other than the Bankruptcy Court and the parties to the above-captioned adversary action – calculated to suggest that they own or control the Villa, the Funds, or any part thereof;

(b)    taking, or allowing to be taken, any action transferring, encumbering, hypothecating, concealing, or in any way disposing of or enforcing liens against the Villa, the Funds, or any part thereof, including conducting a foreclosure sale; and

(c)    taking any other action or actions, the intent or effect of which is to interfere with the Trustee or with property within the bankruptcy estate, or to interfere with the Trustee's or the Trustee's agents' or attorneys' efforts to collect and preserve assets within the bankruptcy estate, including conducting a foreclosure sale; and

Issuing an order to show cause why a preliminary injunction should not issue on the foregoing terms.

The request for emergency relief is and will be based on evidence and argument to be presented at the hearing and in papers to be provided to you – more specifically, the motion itself, a memorandum of points and authorities in support thereof and a declaration of Ashot Egiazaryan, with accompanying exhibits, also in support thereof – by no later than 10:00 a.m. Pacific Daylight Time on Wednesday, May 21, 2025.

The Court has set the following as the "deadline for oppositions and replies: <u>orally at the hearing</u>."  Because the matter has been set only provisionally for shortened notice, the Court will consider objections to the sufficiency of notice at the hearing.

Anyone needing to use the Court's unofficial/uncertified translation services by telephone, should set that up in advance.  If using a court certified translator, that person should be prepared to take an oath.

Parties and/or their counsel may appear in person, telephonically, or via Zoom:

Phone one-tap:       US: +16692545252,,1605189508#,,1#,443174# or
                     +16468287666,,1605189508#,,1#,443174#
Meeting URL:         https://cacb.zoomgov.com/j/1605189508
Meeting ID:          160 518 9508
Password:            443174

**Join by Telephone**

For higher quality, dial a number based on your current location.

Dial:

US: +1 669 254 5252 or +1 646 828 7666 or +1 646 964 1167 or +1 669 216 1590 or
+1 415 449 4000 or +1 551 285 1373 or 833 568 8864 (Toll Free)

Meeting ID:         160 518 9508

Password:          443174

You may contact the undersigned if you have any questions.

Best,
John

*John M. Genga*
**GENGA & ASSOCIATES, P.C.**
16501 Ventura Blvd., Suite 400
Encino, CA 91436
Ofc: 747-231-3400 | Fax: 818-474-7070
Cell: 310-251-1774
jgenga@gengalaw.com
www.gengalaw.com