| ATTORNEY OR PARTY WITHOUT AN ATTORNEY (Name, State Bar number, and address) | | | FOR COURT USE ONLY |
|---|---|---|---|
| Aaron J. Malo | SBN: 179985 - Anastasia K. Billy | SBN: 210416 <br> SHEPPARD, MULLN, RICHTER & HAMPTON LLP <br> 650 Town Center Drive - 10th Floor <br> Costa Mesa, CA 92626 | | | |
| TELEPHONE NO.: 714.513.5100    FAX NO.: 714.513.5130    EMAIL ADDRESS (Optional): amalo@sheppardmullin.com / abilly@sheppardmullin.com | | | |
| ATTORNEY FOR (Name): Proposed General Counsel for Plaintiff and Chapter 7 Trustee JOHN J. MENCHACA | Ref No. or File No.: | | |

**UNITED STATES BANKRUPTCY COURT - CENTRAL DISTRICT OF CALIFORNIA, Los Angeles Division**

PLAINTIFF: JOHN J. MENCHACA, et al
DEFENDANT: COMPAGNIE MONEGASQUE DE BANQUE, et al

| PROOF OF SERVICE | HEARING DATE: 5/21/2025 | TIME: 2:00 PM | DEPT: | CASE NUMBER: 2:25-bk-13838 BB |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

Summons and Notice of Status Conference in Adversary Proceeding [LBR 7004-1]; Complaint; Emergency Motion for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue; Memorandum of Points and Authorities in Support Thereof; Order Provisionally Shortening Time; Notice on Hearing on Emergency Motion for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue

PARTY SERVED: **SUREN YEGIARZARYAN, also known as SUREN EGIAZARIAN, an individual**
BY SERVING: **"JOHN DOE" (white, male, 25yrs, 5'8", 190lbs, blnd & blk hair) - CO-OCCUPANT**

DATE & TIME OF DELIVERY: 5/20/2025 8:15 PM

ADDRESS, CITY, AND STATE: **655 ENDRINO PLACE BEVERLY HILLS, CA 90210**

Fee for service was: $976.00
County: Los Angeles
Registration: 6461
**Elite Litigation Support**
**16809 Bellflower Blvd - Suite 433 - Bellflower, CA 90706**
562.505.0374

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on    5/21/2025

Signature: _Gustavo Gonzalez_

982(a)(23)[New July 1, 1987]

**PROOF OF SERVICE**

Order #: 965898