**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
A Limited Liability Partnership
Including Professional Corporations
AARON J. MALO, Cal. Bar No. 179985
ANASTASIA K. BILLY, Cal Bar No. 210416
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:    714.513.5100
Facsimile:    714.513.5130
Email:    amalo@sheppardmullin.com
    abilly@sheppardmullin.com

Proposed General Counsel for Plaintiff and
Chapter 7 Trustee JOHN J. MENCHACA

**RAINES FELDMAN LITTRELL LLP**
HAMID R. RAFATJOO, Cal. Bar No. 181564
hrafatjoo@raineslaw.com
KYRA E. ANDRASSY, Cal. Bar No. 207959
kandrassy@raineslaw.com
1900 Avenue of the Stars, 19th Floor
Los Angeles, CA 90067
Telephone:    (310) 440-4100
Facsimile:    (310) 691-1367

Proposed Special Counsel for Plaintiff and
Chapter 7 Trustee JOHN J. MENCHACA

**GENGA & ASSOCIATES, P.C.**
John M. Genga (SB# 125522)
jgenga@gengalaw.com
16501 Ventura Blvd., Suite 400
Encino, CA 91436
(747) 231-3400 | Fax: (818) 474-7070

Proposed Special Counsel for Plaintiff and
Chapter 7 Trustee JOHN J. MENCHACA

**FILED & ENTERED**

**MAY 22 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ASHOT GEVORK EGIAZARIAN, an individual,<br><br>        Debtor. | Case No. 2:25-bk-13838 BB<br><br>Hon. Sheri Bluebond<br><br>Chapter 7 |

SMRH:4931-9313-7478.2

ORDER GRANTING EMERGENCY MOTION FOR
TEMPORARY RESTRAINING ORDER

| | |
|---|---|
| JOHN J. MENCHACA, in his capacity as Chapter 7 Trustee,<br><br>                Plaintiff,<br><br>    v.<br><br>COMPAGNIE MONÉGASQUE DE BANQUE, a bank of Monaco of unknown form; MITRA HOLDINGS SA, a Luxembourg entity of unknown form; LEX THIELEN, an individual; LEX THIELEN & ASSOCIES, a Luxembourg entity of unknown form; PB MONTAIGNE ATTORNEYS-AT-LAW LTD, a Swiss entity of unknown form; SUREN YEGIARZARYAN, also known as SUREN EGIAZARIAN, an individual; ARTEM YEGIARZARYAN, also known as ARTEM EGIAZARIAN, an individual,<br><br>                Defendants. | Adv. Proc. No. 2:25-ap-01197-BB<br><br>**ORDER GRANTING EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND SETTING CONTINUED HEARING RE ISSUANCE OF PRELIMINARY INJUNCTION**<br><br><u>Continued</u> Hearing Information:<br>Judge:  Hon. Neil W. Bason<br>Date:    June 3, 2025<br>Time:   12:00 p.m.<br>Ctrm:   1545<br>         255 E. Temple St.<br>         Los Angeles, CA 90012 |

This matter came on for a hearing on May 21, 2025, at 2:00 p.m. PT, on the Emergency Motion For Temporary Restraining Order And Order To Show Cause Why A Preliminary Injunction Should Not Issue (the "Motion") filed by John J. Menchaca, the chapter 7 trustee (the "Trustee") for the bankruptcy estate of debtor Ashot Egiazarian (the "Debtor").  The Trustee was in attendance with his proposed general counsel, Aaron J. Malo, Esquire of Sheppard, Mullin, Richter & Hampton LLP, and his proposed special counsel, Kyra E. Andrassy of Raines, Feldman, Littrell LLP and John M. Genga of Genga & Associates, P.C.  Other appearances were as noted in the record.  Based upon the Court's review of the Motion, the supporting declarations and other pleadings filed in support of the Motion, including the proofs of service and other representations provided by proposed counsel for the Trustee regarding the notice provided to and service on the defendants [*see* Adv. Dkt. 10 and 11], as well as the arguments of counsel at the hearing on the Motion and all pleadings and evidence of record; the Court having found that the Trustee met both <u>of the alternative</u> legal standards applicable to the issuance of injunctive relief, having adopted as final the tentative ruling announced orally at the hearing, <u>pursuant to Rule 52(a)(1) (Fed. R. Civ. P., incorporated by Rules 7052 and 9014(c), Fed. R. Bankr. P.),</u> and good cause appearing therefor,

      IT IS HEREBY ORDERED THAT<u>, effective as of this Court's oral ruling at the hearing</u>:

1.     The Motion is GRANTED, and a temporary restraining order is issued as detailed below.

2.     The defendants, and each of them, and any individuals or entities acting in concert with them, are temporarily restrained from taking, or allowing to be taken, any action transferring, encumbering, hypothecating, concealing, or in any way disposing of or enforcing liens against the "Villa" (Villa La Tortue located at 75 de la Cornich d'Or, Theoule-sur-Mer, Cote d'Azur), the "Funds" ($1,552,592.69 being held in a trust account of PB Montaigne Attorneys-at-law Ltd for the benefit of the Debtor), or any part thereof, including conducting a foreclosure sale, through and including the ~~time~~ <u>conclusion</u> of the continued hearing set forth below.

3.     A continued hearing regarding issuance of a preliminary injunction consistent with the terms of the temporary restraining order set forth herein is hereby set for June 3, 2025 at

-3-

1  12:00 p.m. (noon) United States Pacific time.  Such hearing will take place before the Honorable

2  Neil W. Bason in Courtroom 1545 of the above-captioned Court, located at 255 East Temple

3  Street, Los Angeles, California 90012, and via ZoomGov (instructions for which can be found on

4  the Court's website at www.cacb.uscourts.gov under the "Tentative Rulings/Posted Calendars" for

5  Judge Bason).

6      4.    Any papers in opposition to the issuance of a preliminary injunction must be filed

7  and served by no later than 12:00 a.m. (midnight) United States Pacific time on Wednesday,

8  May 28, 2025.  Any papers in reply must be filed and served by no later than 12:00 a.m.

9  (midnight) United States Pacific time on Friday, May 30, 2025.

10      5.    All litigants and interested parties are advised that the hearing date and briefing

11  schedule referenced above is subject to change, based upon the scheduling preferences and

12  availability of Hon. Sheri Bluebond – the judicial officer to whom this case is assigned – and

13  advised to check the docket for this matter regarding any such scheduling adjustments.

### 

Date: May 22, 2025

Neil W. Bason
United States Bankruptcy Judge

SMRH:4931-9313-7478.2

ORDER GRANTING EMERGENCY MOTION FOR
TEMPORARY RESTRAINING ORDER