United States Bankruptcy Court

Central District of California

Menchaca,

    Plaintiff

                                          Adv. Proc. No. 25-01197-BB

Compagnie Monegasque De Banque,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 20, 2025 | Form ID: pdf031 | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Artem Yegiarzaryan |
| dft | | Compagnie Monegasque De Banque |
| intp | | Courtesy NEF |
| pla | | John J. Menchaca |
| dft | | Lex Thielen |
| dft | | Lex Thielen & Associes |
| dft | | Mitra Holdings SA |
| dft | | PB Montaigne Attorneys-At-Law Ltd. |
| dft | | Suren Yegiarzaryan |

TOTAL: 9 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2025                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron J Malo | on behalf of Plaintiff John J. Menchaca amalo@sheppardmullin.com  abilly@sheppardmullin.com;mlinker@sheppardmullin.com |
| John J Menchaca (TR) | jmenchaca@menchacacpa.com  igaeta@menchacacpa.com;ecf.alert+Menchaca@titlexi.com |
| Steven R Fox | on behalf of Interested Party Courtesy NEF emails@foxlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

District/off: 0973-2                               User: admin                                          Page 2 of 2
Date Rcvd: May 20, 2025                            Form ID: pdf031                                 Total Noticed: 0
TOTAL: 4

**FILED & ENTERED**

MAY 20 2025

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY sumlin    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Ashot Gevork Egiazarian,<br><br>                    Debtor. | Case No.  2:25-bk-13838-BB<br>Hon. Sheri Bluebond<br><br>Chapter 7 |
| JOHN J. MENCHACA, in his capacity as Chapter 7 Trustee,<br><br>                    Plaintiff,<br><br>      v.<br><br>COMPAGNIE MONEGASQUE DE BANQUE, a bank of Monaco of unknown form; MITRA HOLDINGS SA, a Luxembourg entity of unknown form; LEX THIELEN, an individual; LEX THIELEN & ASSOCIES, a Luxembourg entity of unknown form; PB MONTAIGNE ATTORNEYS-AT-LAW LTD, a Swiss entity of unknown form; SUREN YEGIARZARYAN, also known as SUREN EGIAZARIAN, an individual; ARTEM YEGIARZARYAN, also known as ARTEM EGIAZARIAN, an individual,<br><br>                    Defendants. | Adv. Proc. No.  2:25-ap-01197-BB<br><br>**ORDER PROVISIONALLY SHORTENING TIME**<br><br><u>Hearing</u><br>Date:     Wednesday, 5/21/25<br>Time:     2:00 p.m. (Pacific time)<br>Location:  Courtroom 1545<br>            255 E. Temple Street<br>            Los Angeles, CA 90012<br>Presiding Judge:  Hon. Neil W. Bason |

1

Per Rule 9006(c) (Fed. R. Bankr. P.) and Local Bankruptcy Rule ("LBR") 9075-1(a), this Order sets the above-captioned hearing, the time for notice, and related procedures with respect to Plaintiff's Emergency Motion for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue (adv. dkt. 3, "TRO Motion"). This written order memorializes this Court's oral instructions to Plaintiff's counsel pursuant to LBR 9075-1(a).

1. Appearing at the hearing: Appearances may be either in person or via ZoomGov (telephone or video) per the instructions reproduced in **Exhibit A** to this Order (and also posted on this Court's website, at www.cacb.uscourts.gov under "Tentative Rulings/Posted Calendars" for Judge Bason, who is presiding over this hearing in the temporary absence of Judge Bluebond).

2. Opposition and Reply: orally at the hearing (or in writing filed and served prior to the hearing).

3. First issue to be addressed: whether to shorten time.

4. Service requirements: Service of (a) the Summons, (b) the Complaint, (c) the TRO Motion papers, (d) a copy of this Order, and (e) the Notice described below (collectively, the "Papers") on all defendants, and on any other person required to be served under any applicable rules, law, or treaty, with the Papers to be received no later than 10:00 a.m. local time in the recipient's location on Wednesday 5/21/25. *Note:* Per the rules applicable in this Court, email and facsimile service generally are not sufficient (without written consent), but see below about providing informal notice as soon as possible.

5. Additional notice/service: Any tribunal or other governmental entity on which service is required or appropriate must be accomplished by the same deadline (10:00 a.m. on Wednesday 5/21/25).

6. Caveat re service/notice: The foregoing deadlines are *outside* times by which service must be accomplished.  This Court may take into consideration, in

connection with (a) whether to adopt the provisionally shortened time and (b) what relief to grant, whether notice and service could have been provided sooner, including whether notice could have been provided via telephone, email, facsimile, or other immediate means (even if those things are not sufficient for legal service of process).

7. Proof of service: Plaintiff to file by noon on Wednesday 5/21/25.

8. Notice: The notice of the TRO Motion must include the ZoomGov information and adequate instructions to any person requiring translation services, including that (a) this Court can offer, via advance arrangement, unofficial translation services by telephone connection to a translation service provided by the local bar, and (b) parties may arrange for their own translators but they are responsible for assuring that their translator meets any applicable requirements for certification or ability to translate legal terminology, and any translator must be willing and able to take an oath to translate truthfully and accurately to and from English.

SO ORDERED

###

Date: May 20, 2025

Neil W. Bason
United States Bankruptcy Judge

3

**EXHIBIT A**

ZoomGov Instructions for all matters on today's calendar:
Meeting ID:    160 518 9508
Password:     443174
Meeting URL: https://cacb.zoomgov.com/j/1605189508
Telephone:    +1 669-254-5252 or +1 646-828-7666 or 833-568-8864 (Toll Free)

Please connect at least 5 minutes before the start of your hearing, and wait with your microphone muted until your matter is called.

Members of the public, including the press, are always welcome in person (except in rare instances when the courtroom is sealed) and they may also listen via telephone to non-evidentiary hearings, but must not view any hearings via video (per mandate of the AO).

Any audio or video recording is strictly prohibited. Official recordings are available for a small fee through the Clerk's Office.

ZoomGov hearing etiquette: (a) wait until the judge calls on you, so everyone is not talking at once; (b) when you first speak, state your name and, if you are an attorney, whom you represent (do not make your argument until asked to do so); (c) when you make your argument, please pause from time to time so that, for example, the judge can ask a question or anyone else can make an objection; (d) if the judge does not see that you want to speak, or forgets to call on you, please say so when other parties have finished speaking (do not send a "chat" message, which the judge might not see); and (e) please let the judge know if he mispronounces your name, uses the wrong pronoun, etc.