**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
 A Limited Liability Partnership
 Including Professional Corporations
AARON J. MALO, Cal. Bar No. 179985
ANASTASIA K. BILLY, Cal Bar No. 210416
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:    714.513.5100
Facsimile:    714.513.5130
Email:    amalo@sheppardmullin.com
    abilly@sheppardmullin.com

Proposed General Counsel for Plaintiff and
Chapter 7 Trustee JOHN J. MENCHACA

**RAINES FELDMAN LITTRELL LLP**
HAMID R. RAFATJOO, Cal. Bar No. 181564
*hrafatjoo@raineslaw.com*
KYRA E. ANDRASSY, Cal. Bar No. 207959
*kandrassy@raineslaw.com*
1900 Avenue of the Stars, 19th Floor
Los Angeles, CA 90067
Telephone:   (310) 440-4100
Facsimile:   (310) 691-1367

Proposed Special Counsel for Plaintiff and
Chapter 7 Trustee JOHN J. MENCHACA

**GENGA & ASSOCIATES, P.C.**
John M. Genga (SB# 125522)
jgenga@gengalaw.com
16501 Ventura Blvd., Suite 400
Encino, CA  91436
(747) 231-3400 | Fax: (818) 474-7070

Proposed Special Counsel for Plaintiff and
Chapter 7 Trustee JOHN J. MENCHACA

FILED & ENTERED

JUN 06 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ASHOT GEVORK EGIAZARIAN, an individual,<br><br>           Debtor. | Case No. 2:25-bk-13838 BB<br><br>Hon. Sheri Bluebond<br><br>Chapter 7 |

SMRH:4914-8338-7211.2                                       PRELIMINARY INJUNCTION

| | |
|---|---|
| JOHN J. MENCHACA, in his capacity as Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>COMPAGNIE MONÉGASQUE DE BANQUE, a bank of Monaco of unknown form; MITRA HOLDINGS SA, a Luxembourg entity of unknown form; LEX THIELEN, an individual; LEX THIELEN & ASSOCIES, a Luxembourg entity of unknown form; PB MONTAIGNE ATTORNEYS-AT-LAW LTD, a Swiss entity of unknown form; SUREN YEGIARZARYAN, also known as SUREN EGIAZARIAN, an individual; ARTEM YEGIARZARYAN, also known as ARTEM EGIAZARIAN, an individual,<br><br>Defendants. | Adv. Proc. No. 2:25-ap-01197-BB<br><br>**PRELIMINARY INJUNCTION**<br><br><u>Rescheduled</u> Hearing Information:<br>Judge: Hon. Sheri Bluebond<br>Date:   June 5, 2025<br>Time:  10:00 a.m.<br>Ctrm:  1539<br>         255 E. Temple St.<br>         Los Angeles, CA 90012 |

This matter came on for a hearing on June 5, 2025, at 10:00 a.m. PT, regarding issuance of a preliminary injunction consistent with the terms of the temporary restraining order set forth in the May 22, 2025 Order entered by the Court (Hon. Neil W. Bason) [Adv. Dkt. 17] granting the Emergency Motion For Temporary Restraining Order And Order To Show Cause Why A Preliminary Injunction Should Not Issue (the "Motion") filed by John J. Menchaca, chapter 7 trustee (the "Trustee") for the bankruptcy estate of debtor Ashot Egiazarian (the "Debtor"). Proposed general counsel for the Trustee, Aaron J. Malo, Esq., of Sheppard, Mullin, Richter & Hampton LLP, and proposed special counsel for the Trustee, John M. Genga, Esq., of Genga & Associates, P.C., were in attendance.  Other appearances were as noted in the record.

Based upon the Court's review of the Motion, the supporting declarations and other pleadings filed in support of the Motion, including the proofs of service and other representations provided by proposed counsel for the Trustee regarding the notice provided to and service on the defendants [*see* Adv. Dkt. 10, 11, 15, 16, 22, 23, 24], the arguments of counsel at the hearing, all pleadings and evidence of record, and the previous ruling of the Court (Hon. Neil W. Bason) pursuant to Rule 52(a)(1) (Fed. R. Civ. P., incorporated by Rules 7052 and 9014(c), Fed. R. Bankr. P.), for the reasons set forth on the record at the time of hearing and other good cause appearing therefor,

IT IS HEREBY ORDERED, effective as of the Court's oral ruling at the hearing, as follows:

1. The Motion is GRANTED, and a preliminary injunction is issued as detailed below.

2. The defendants, and each of them, and any individuals or entities acting in concert with them, are enjoined from taking, or allowing to be taken, any action transferring, encumbering, hypothecating, concealing, or in any way disposing of or enforcing liens against the "Villa" (Villa La Tortue located at 75 de la Cornich d'Or, Theoule-sur-Mer, Cote d'Azur), the "Funds" ($1,552,592.69 being held in a trust account of PB Montaigne Attorneys-at-law Ltd for

the benefit of the Debtor), or any part thereof, including conducting a foreclosure sale, through and including the earliest of:

    (a) dismissal of this adversary proceeding;

    (b) entry of a final judgment in this adversary proceeding;

    (c) dismissal of the Debtor's underlying bankruptcy case; or

    (d) entry of a further Order of the Court terminating or modifying this injunction.

### # # #

Date: June 6, 2025

Sheri Bluebond
United States Bankruptcy Judge