-1-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
  A Limited Liability Partnership
  Including Professional Corporations
AARON J. MALO, Cal. Bar No. 179985
*amalo@sheppardmullin.com*
ANASTASIA K. BILLY, Cal Bar No. 210416
*abilly@sheppardmullin.com*
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:    714.513.5100
Facsimile:    714.513.5130

Proposed General Counsel for Plaintiff and Chapter 7 Trustee JOHN J. MENCHACA

**RAINES FELDMAN LITTRELL LLP**
HAMID R. RAFATJOO, Cal. Bar No. 181564
*hrafatjoo@raineslaw.com*
KYRA E. ANDRASSY, Cal. Bar No. 207959
*kandrassy@raineslaw.com*
1900 Avenue of the Stars, 19th Floor
Los Angeles, CA 90067
Telephone:    310.440.4100
Facsimile:    310.691.1367

Proposed Special Counsel for Plaintiff and Chapter 7 Trustee JOHN J. MENCHACA

**GENGA & ASSOCIATES, P.C.**
John M. Genga (SB# 125522)
jgenga@gengalaw.com
16501 Ventura Blvd., Suite 400
Encino, CA  91436
(747) 231-3400 | Fax: (818) 474-7070

Proposed Special Counsel for Plaintiff and Chapter 7 Trustee JOHN J. MENCHACA

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ASHOT GEVORK EGIAZARIAN, an individual,<br><br>                Debtor. | Case No. 2:25-bk-13838 BB<br>Hon. Sheri Bluebond<br>Chapter 7 |

| | |
|---|---|
| JOHN J. MENCHACA, in his capacity as Chapter 7 Trustee,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMPAGNIE MONEGASQUE DE BANQUE, a bank of Monaco of unknown form; MITRA HOLDINGS SA, a Luxembourg entity of unknown form; LEX THIELEN, an individual; LEX THIELEN & ASSOCIES, a Luxembourg entity of unknown form; PB MONTAIGNE ATTORNEYS-AT-LAW LTD, a Swiss entity of unknown form; SUREN YEGIARZARYAN, also known as SUREN EGIAZARIAN, an individual; ARTEM YEGIARZARYAN, also known as ARTEM EGIAZARIAN, an individual;<br><br>　　　　　　Defendants. | Adv. Proc. No. No. 2:25-ap-01197-BB<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, 10th Floor, Costa Mesa, California 92626

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF RESCHEDULED HEARING; ORDER GRANTING EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 5, 2025_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

By personal delivery:
Compagnie Monegasque De Banque
17, avenue des Spélugues 98000 – MONACO

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 10, 2025 | Aaron J. Malo | /s/ Aaron J. Malo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

SMRH:4905-1577-9660.1                                              -3-

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Aaron J Malo - Cal. Bar No. 179985<br>Sheppard Mullin Richter & Hampton<br>650 Town Center Dr Fourth Flr<br>Costa Mesa, CA 92626<br>TELEPHONE NO: 714-513-5100    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: amalo@sheppardmullin.com<br>ATTORNEY FOR *(Name)*: John J. Menchaca | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles<br>STREET ADDRESS: 255 East Temple Street<br>MAILING ADDRESS: 255 East Temple Street<br>CITY AND ZIP CODE: Los Angeles, 90012<br>BRANCH NAME: United States Bankruptcy Court Central District of California | |
| PLAINTIFF / PETITIONER: John J. Menchaca<br>DEFENDANT / RESPONDENT: Compagnie Monegasque De Banque, Mitra Holdings SA, Lex Thielen, Lex Thielen & Associes, PB Montaigne Attorneys-At-Law Ltd., SUREN YEGIARZARYAN also known as SUREN EGIAZARIAN, ARTEM YEGIARZARYAN also known as ARTEM EGIAZARIAN | CASE NUMBER:<br>2:25-bk-13838 BB<br><br>Adv. No. 2:25-ap-01197-BB |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>13461268 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X]  NOTICE OF RESCHEDULED HEARING
   b. [X]  ORDER GRANTING EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER
   c. [ ]  Alternative Dispute Resolution (ADR) package
   d. [ ]  Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ]  cross-complaint
   f. [ ]  other *(specify documents)*:
3. a. Party served *(specify name of party as shown on documents served)*:
      Compagnie Monegasque De Banque
   b. [X]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Amandine DAL FABBRO - authorized to accept service.
4. Address where the party was served:
   17, avenue des Spélugues 98000 – MONACO
5. I served the party *(check proper box)*
   a. [ ]  **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:            (2) at *(time)*:
   b. [X]  **by substituted service**. On *(date)*: Thu, June 05 2025    at *(time)*: 09:16 AM    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Compagnie Monegasque De Banque
      (1) [X]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
         from *(city)*:                                                                 or [ ] a declaration of mailing is attached.
      (5) [ ]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use               **PROOF OF SERVICE**               Page 1 of 2
Judicial Council of California                                                 Code of Civil Procedure, § 417.10
POS [Rev. January 1, 2007]

-4-

| | |
|---|---|
| PLAINTIFF / PETITIONER: John J. Menchaca<br>DEFENDANT / RESPONDENT: Compagnie Monegasque De Banque, Mitra Holdings SA, Lex Thielen, Lex Thielen & Associes, PB Montaigne Attorneys–At–Law Ltd., SUREN YEGIARZARYAN also known as SUREN EGIAZARIAN, ARTEM YEGIARZARYAN also known as ARTEM EGIAZARIAN | CASE NUMBER:<br>2:25-bk-13838 BB<br><br>Adv. No. 2:25-ap-01197-BB |

5.  c. ☐ **by mail and acknowledgment of receipt of service**. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date)*:                          (2) from *(city)*:
    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
    d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      ☒ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
      ☐ other:

7. **Person who served papers**
   a. Name: David Rottiers
   b. Address: 5101 Santa Monica Boulevard Ste 8, PMB 1330, Los Angeles, CA 90029
   c. Telephone number: +1 (213) 786 1161
   d. **The fee** for service was:
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
          (i) ☐ owner  ☐ employee  ☐ independent contractor
          (ii) Registration No:
          (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: June 5, 2025

David Rottiers
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

*/s/ Rotti*
(SIGNATURE)

## Acceptance Certificate

**Document Title:** Stellar Konsulting PDF (Service Pack)

This certificate confirms that the undersigned has received and accepted a document consisting of **10** pages on this date.

**Date of Acceptance:** Jun 5, 2025
**Acknowledged By:**

Name: _DAL FABBRO Amandine_

Signature: _[signature]_

[Stamp: CMB MONACO  5 JUIN 2025]