| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Aaron J Malo<br>Sheppard Mullin Richter & Hampton<br>650 Town Center Dr Fourth Flr<br>Costa Mesa, CA 92626<br><br>714–513–5100<br><br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| In re:<br><br>Ashot Gevork Egiazarian<br><br><br>Debtor(s). | CASE NO.: 2:25–bk–13838–BB<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 2:25–ap–01197–BB |
|---|---|
| John J. Menchaca<br><br>Plaintiff(s)<br>Versus<br>Compagnie Monegasque De Banque<br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | EXECUTED<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is **06/20/2025.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
        **Date:**        **July 29, 2025**
        **Time:**       **02:00 PM**
        **Hearing Judge:**  **Sheri Bluebond**
        **Location:**    **255 E Temple St., Crtrm 1539, Los Angeles, CA 90012**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 1    **F 7004–1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: May 20, 2025

By: _____"s/" Maria Evangelista_____

Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                    Page 2                    **F 7004–1.SUMMONS.ADV.PROC**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| John J. Menchaca | Compagnie Monegasque De Banque<br>Mitra Holdings SA<br>Lex Thielen<br>Lex Thielen & Associes<br>PB Montaigne Attorneys–At–Law Ltd.<br>Suren Yegiarzaryan<br>Artem Yegiarzaryan<br>Suren Egiazarian<br>Artem Egiazarian |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, 10th Floor, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** and (2) the accompanying pleading(s) entitled:

Complaint; Emergency Motion for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue; Memorandum of Points and Authorities in Support Thereof; Order Provisionally Shortening Time; Notice on Hearing on Emergency Motion for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005–2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 20, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

By Personal Delivery [FRBP 7004(a)(3), FRCP 4(e)(2)(B)]
Suren Yegiarzaryan, aka Suren Egiazarian
655 Endrino Place
Beverly Hills, CA 90210

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 10, 2025 | Anastasia K. Billy | /s/ Anastasia K. Billy |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                                           **F 7004–1.SUMMONS.ADV.PROC**

| ATTORNEY OR PARTY WITHOUT AN ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Aaron J. Malo \| SBN: 179985 - Anastasia K. Billy \| SBN: 210416<br>SHEPPARD, MULLN, RICHTER & HAMPTON LLP<br>650 Town Center Drive - 10th Floor<br>Costa Mesa, CA 92626<br>TELEPHONE NO.: 714.513.5100   FAX NO.: 714.513.5130   EMAIL ADDRESS (Optional): amalo@sheppardmullin.com / abilly@sheppardmullin.com<br>ATTORNEY FOR (Name): Proposed General Counsel for Plaintiff and Chapter 7 Trustee JOHN J. MENCHACA   Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

**UNITED STATES BANKRUPTCY COURT - CENTRAL DISTRICT OF CALIFORNIA, Los Angeles Division**

PLAINTIFF: **JOHN J. MENCHACA, et al**
DEFENDANT: **COMPAGNIE MONEGASQUE DE BANQUE, et al**

| PROOF OF SERVICE | HEARING DATE:<br>5/21/2025 | TIME:<br>2:00 PM | DEPT: | CASE NUMBER:<br>2:25-bk-13838 BB |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

Summons and Notice of Status Conference in Adversary Proceeding [LBR 7004-1]; Complaint; Emergency Motion for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue; Memorandum of Points and Authorities in Support Thereof; Order Provisionally Shortening Time; Notice on Hearing on Emergency Motion for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue

PARTY SERVED: **SUREN YEGIARZARYAN, also known as SUREN EGIAZARIAN, an individual**
BY SERVING: **"JOHN DOE" (white, male, 25yrs, 5'8", 190lbs, blnd & blk hair) - CO-OCCUPANT**

DATE & TIME OF DELIVERY: 5/20/2025
8:15 PM

ADDRESS, CITY, AND STATE: **655 ENDRINO PLACE**
**BEVERLY HILLS, CA 90210**

Fee for service was:  $976.00
County:    Los Angeles
Registration:    6461
**Elite Litigation Support**
**16809 Bellflower Blvd - Suite 433 - Bellflower, CA 90706**
562.505.0374

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on    5/21/2025

Signature: _____
Gustavo Gonzalez

982(a)(23)[New July 1, 1987]    **PROOF OF SERVICE**

Order #:  965898